

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITA YAMINI,<br><br>    Plaintiff,<br><br>    v.<br><br>TINA BRIGHT, et al.,<br><br>    Defendants. | NO. CV 12-10850-UA (DUTYx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION** |

    The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

    On December 20, 2012, Defendant, having been sued in an unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") of that action to this Court and also filed a request to proceed *in forma pauperis*. The Court has denied the latter request under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

    Simply stated, Plaintiff could not have brought this action in federal court in the first place in that the complaint does not competently allege facts supporting jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon*

*Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Defendant alleges that federal question jurisdiction arises under the Fourteenth Amendment's due process clause.  (Notice at 2.)  However, Plaintiff does not allege any federal cause of action.  (*See id.*, Ex. A, Complaint.)  Nor does it appear that federal law is a necessary element of Plaintiff's claim.  Thus, Defendant has not alleged facts establishing the existence of a federal question on the face of the complaint.

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, Van Nuys Courthouse East, 6230 Sylmar Avenue, Room 107, Van Nuys, CA 91401 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); and (2) the Clerk send a certified copy of this Order to the state court.

DATED: 1/16/13

GEORGE H. KING
United States District Judge